AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-03207

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NEW YORK CITY ENVIRONMENTAL CONTROL BOARD**

was received by me on *(date)* **6/3/14**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **B. MAZYCK**, who is designated by law to accept service of process on behalf of *(name of organization)* **NEW YORK ENVIRONMENTAL CONTROL BOARD AT 100 CHURCH STREET, 1ST FLOOR, NEW YORK, NY 10007** on *(date)* **6/4/14** AT 11:58 A.M. ; or

☐ I returned the summons unexecuted because _____

DESCRIPTION:
☒ FEMALE, SKIN: BLACK, HAIR: GRAY, AGE: 55, WEIGHT: 150-174, HEIGHT: 5'4"-5'7"
* IN A CIVIL ACTION, COMPLAINT & CERTIFICATE OF MERIT

My fees are $ ___ for travel and $ ___ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **6/9/14**

YARALIZ ARCHACKI
Notary Public, State of New York
No. 01AR6283796
Qualified in Suffolk County
Commission Expires June 17, 20__

Server's signature

MELVIN ROLFE
LICENSE #0916782

*Printed name and title*

ALSTATE PROCESS SERVICE
60 BURT DRIVE
DEER PARK, NY 11729

*Server's address*

Additional information regarding attempted service, etc:



2279248

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ONEWEST BANK, NA | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14-cv-03207 |
| MARCO RUIZ, ET AL. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
100 CHURCH STREET
NEW YORK, NEW YORK 10007


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GROSS POLOWY, LLC
25 NORTHPOINTE PARKWAY, SUITE 25
AMHERST, NY 14228


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Douglas C. Palmer
*CLERK OF COURT*

Date: _____05/22/2014_____   s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*



2279248