**UNITED STATES DISTRICT COURT OF NEW YORK**
**EASTERN DISTRICT**

**AFFIDAVIT OF SERVICE**


*2279238*

Index no : 1:14-CV-03207-SLT-RLM

| Plaintiff(s): | **ONEWEST BANK, NA** |
| Defendant(s): | **MARCO RUIZ, ET AL** |

STATE OF NEW YORK
COUNTY OF SUFFOLK      ss.:

**John Downs**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **06/11/2014** at **3:24 PM**, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, and the title to the notice printed in twenty-point type in compliance with RPAPL Sect 1303.; DEBT VALIDATION LETTER; CERTIFICATE OF MERIT; SUMMONS IN A CIVIL ACTION AND COMPLAINT Bearing Index Number 1:14-CV-03207-SLT-RLM and date of filing of 05/22/2014** on **MERCEDES RUIZ** at **30 NEWBURGH ST, ELMONT, NY 11003** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **MARIA RUIZ, MOTHER-IN-LAW,** a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On **06/12/2014**, deponent enclosed a copy of above mentioned documents to **MERCEDES RUIZ** at said **defendant's** Place of Residence, at 30 NEWBURGH ST,ELMONT, NY ,11003 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **BRICK AND WHITE SIDED RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Tan | Brown | 48 | 5ft - 5ft3in | 100-124lbs |
| Other Features: **ACCENT** | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on  6-13-14      X_____
John Downs
License#: 823771
Alstate Process Service Inc.
60 Burt Drive
Deer Park,NY 11729
631/667-1800

Notary Public,

ILIANA JAZMIN WOLLNEY
Notary Public, State of New York
NO. 01WO6246283
Qualified in Suffolk County
Commission Expires Aug. 8, 2015

GROSS POLOWY, LLC (F)
25 NORTHPOINTE PARKWAY
AMHERST,NY 14228
716/204-1700

Atty File#: 300421 ALS



*2279238*

 **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

**FROM:**

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729          JD

**TO:**

MERCEDES RUIZ,

30 NEWBURGH ST ,

ELMONT, NY 11003






*2279238*

# Affidavit of Service by Mail
**PURSUANT TO CPLR 3215**

**UNITED STATES DISTRICT COURT OF NEW YORK**
**EASTERN DISTRICT**

| | |
|---|---|
| ONEWEST BANK, NA<br><br>-against-<br><br>MARCO RUIZ, ET AL | Att File: 300421 ALS<br>Internal Id: 2279238<br>Index: 1:14-CV-03207-SLT-RLM<br>S & C Filed: 05/22/2014 |

**State of New York**
**County of Suffolk    ss.:**

**John Downs** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **June 12, 2014** Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):    MERCEDES RUIZ
               30 NEWBURGH ST, ELMONT, NY 11003

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on :  6-13-14

John Downs

ILIANA JAZMIN WOLLNEY
Notary Public, State of New York
NO. 01WO6246283
Qualified in Suffolk County
Commission Expires Aug. 8, 2015

# UNITED STATES DISTRICT COURT OF NEW YORK
## EASTERN DISTRICT

### AFFIDAVIT OF SERVICE



*2279234*

Index no : 1:14-CV-03207-SLT-RLM

| Plaintiff(s): | ONEWEST BANK, NA |
|---|---|
| Defendant(s): | MARCO RUIZ, ET AL |

STATE OF NEW YORK
COUNTY OF SUFFOLK   ss.:

**John Downs**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **06/11/2014** at **3:24 PM**, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, and the title to the notice printed in twenty-point type in compliance with RPAPL Sect 1303.; DEBT VALIDATION LETTER;CERTIFICATE OF MERIT; SUMMONS IN A CIVIL ACTION AND COMPLAINT Bearing Index Number 1:14-CV-03207-SLT-RLM and date of filing of 05/22/2014** on **MARCO RUIZ** at **30 NEWBURGH ST, ELMONT, NY 11003** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **MARIA RUIZ, MOTHER,** a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On **06/12/2014**, deponent enclosed a copy of above mentioned documents to **MARCO RUIZ** at said **defendant's** Place of Residence, at 30 NEWBURGH ST,ELMONT, NY ,11003 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **BRICK AND WHITE SIDED RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Tan | Brown | 48 | 5ft - 5ft3in | 100-124lbs |
| Other Features: **ACCENT** | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on 6-13-14     X_____
John Downs
License#: 823771
Alstate Process Service Inc.
60 Burt Drive
Deer Park,NY 11729
631/667-1800

Notary Public,

ILIANA JAZMIN WOLLNEY
Notary Public, State of New York
NO. 01WO6246283
Qualified in Suffolk County
Commission Expires Aug. 8, 2015

GROSS POLOWY, LLC (F)
25 NORTHPOINTE PARKWAY
AMHERST,NY 14228
716/204-1700

Atty File#: 300421 ALS



*2279234*

 **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

**FROM:**

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729                JD

**TO:**

MARCO RUIZ,

30 NEWBURGH ST ,

ELMONT, NY 11003






*2279234*

# Affidavit of Service by Mail
**PURSUANT TO CPLR 3215**

**UNITED STATES DISTRICT COURT OF NEW YORK
EASTERN DISTRICT**

| | |
|---|---|
| ONEWEST BANK, NA<br><br>-against-<br><br>MARCO RUIZ, ET AL | Att File: 300421 ALS<br>Internal Id: 2279234<br>Index: 1:14-CV-03207-SLT-RLM<br>S & C Filed: 05/22/2014 |

**State of New York
County of Suffolk     ss.:**

**John Downs** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **June 12, 2014** Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):   MARCO RUIZ
30 NEWBURGH ST, ELMONT, NY 11003

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on : 6-13-14

John Downs

ILIANA JAZMIN WOLLNEY
Notary Public, State of New York
NO. 01WO6246283
Qualified in Suffolk County
Commission Expires Aug. 8, 2015

Alstate Process Service Inc. - 60 Burt Drive Deer Park, NY 11729 - Tel: 631/667-1800 - Fax: 631/667-0302
GROSS POLOWY, LLC (F) - 25 NORTHPOINTE PARKWAY AMHERST, NY 14228 716/204-1700

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ONEWEST BANK, NA | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14-cv-03207 |
| MARCO RUIZ, ET AL. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PNC BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO NATIONAL CITY BANK
222 DELAWARE AVENUE
WILMINGON, DELAWARE 19899

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GROSS POLOWY, LLC
25 NORTHPOINTE PARKWAY, SUITE 25
AMHERST, NY 14228

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:   05/22/2014

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-03207-SLT-RLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PNC BANK, N.A. SUCCESSOR BY MERGER TO NATIONAL CITY BANK
was received by me on *(date)* 6/5/14

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DEBORAH WRIGHT (process agent) BLACK, FEMALE 25, 5'5 140 BLACK AHIR, who is designated by law to accept service of process on behalf of *(name of organization)* PNC BANK, N.A. SUCCESSOR BY MERGER TO NATIONAL CITY BANK AT 222 DELAWARE AVE. WILMINGTON, DE 19801 on *(date)* 6/5/14 12:25 PM

☐ I returned the summons unexecuted because _____, or

☒ Other *(specify)*: DEBORAH WRIGHT IS A BLACK FEMAL APPROX 25. 5'5 140 WITH BLACK HAIR

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/5/14

*Server's signature*

SWORN TO ON 6/11/14

DENORRIS BRITT
*Printed name and title*

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2016

*Server's address*

Additional information regarding attempted service, etc:

2279245