United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ONEWEST BANK, N.A.<br>     Plaintiff,<br> v.<br><br>MARCO RUIZ; MERCEDES RUIZ; PNC BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO NATIONAL CITY BANK; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY TRANSIT ADJUDICATION BUREAU; MR. ARTINEZ; MARIA COLON; MONICA LOPEZ,<br>     Defendants. | Civil Action No. <u>14-cv-3207</u><br><br>AMENDED COMPLAINT |

Plaintiff, by its attorneys Gross Polowy, LLC, for its complaint against the Defendants allege as follows:

INTRODUCTION

1. This action is brought pursuant to New York Real Property Actions and Proceeding Law (RPAPL) Article 13, to foreclose a mortgage encumbering 134-09 Hawtree Street, Ozone Park, New York 11417, together with the land, buildings, and other improvements located on the property ("the property"). The legal description of the property is attached as Schedule A.

PARTIES

2. Plaintiff is a National Association with its principal place of business at 888 East Walnut Street, Pasadena, California 91101, the holder of the note secured by the mortgage and the mortgagee, or was delegated authority to institute this mortgage foreclosure action by the owner

and holder of the note and mortgage.

3. Defendant Marco Ruiz is a citizen of New York, and the owner of the property.

4. Defendant Mercedes Ruiz is a citizen of New York, and the owner of the property.

5. Defendant Mr. Artinez is a citizen of New York, and a tenant of the property.

6. Defendant Maria Colon is a citizen of New York, and a tenant of the property.

7. Defendant Monica Lopez is a citizen of New York, and a tenant of the property.

8. Defendant PNC Bank, National Association successor by merger to National City Bank is a corporation or other business entity formed under the laws of Delaware with its principal place of business in Delaware, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

9. Defendant New York City Parking Violations Bureau is a city agency existing under the laws of New York with its principal place of business in New York, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

10. Defendant New York City Environmental Control Board is a city agency existing under the laws of New York with its principal place of business in New York, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

11. Defendant New York City Transit Adjudication Bureau is a city agency existing under the laws of New York with its principal place of business in New York, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

12. The defendant(s) claim an interest or lien encumbering the property, which is either subordinate to Plaintiff's mortgage, or paid in full, equitably subordinated, or adverse to Plaintiff's mortgage. The interest or lien of each defendant is attached as Schedule B.

13. The interest or lien of any governmental entity of the United States, State, City or

local government is attached as Schedule C.

## STATEMENT OF JURISDICTION

14. Federal subject matter jurisdiction exists pursuant to 28 USC Section 1332 because complete diversity exists among the defendants and the amount in controversy, without interest and costs, exceeds the $75,000.00.

## VENUE

15. Venue is proper pursuant to 28 USC Section 1391 because the property is located in this District and a substantial part of the events and omissions giving rise to this action occurred in this District.

## FACTUAL BACKGROUND

16. On or about July 23, 2007, Marco Ruiz and Mercedes Ruiz executed and delivered a note whereby they promised to pay the sum of $492,000.00 plus interest on the unpaid amount due.

17. As security for the payment of the note, Marco Ruiz and Mercedes Ruiz duly executed and delivered a mortgage on the property, which was recorded as follows:

Recording Date:   August 28, 2007
CRFN:             2007000443480
City Register of: New York City, Queens County

The mortgage was subsequently modified on August 11, 2009.  Any mortgage tax due on the modification or consolidation will be paid as required.

18. The mortgage was assigned to OneWest Bank, FSB.  OneWest Bank, NA is formerly known as OneWest Bank, FSB.

19. Marco Ruiz and Mercedes Ruiz failed to make payment in accordance with the terms of the note and mortgage by not making the payment due on December 1, 2010 and

subsequent payments. Accordingly, Plaintiff hereby accelerates the payments and declares due the entire amount owed on the note and secured by the mortgage.

20. There is now due and owing on the note and mortgage the following amounts:

Principal balance: $496,825.59
Interest Rate: 3.00%
Date interest accrues from: November 1, 2010

together with late charges, monies advanced for taxes, assessments, insurance, maintenance, and preservation of the property, and the costs, allowances, expenses of sale, and reasonable attorney's fees for the foreclosure.

21. In order to protect the value of the property and its rights in the property, the Plaintiff may have to pay taxes, assessments, water charges, insurance premiums, and other charges. Plaintiff requests that any amount it pays, together with interest, be included in the total amount due.

22. Plaintiff has complied with the notice provision of the mortgage and RPAPL Section 1304 and filed the information required by RPAPL Section 1306. The mortgage was originated in compliance with all provisions of section 595-a of the New York Banking Law and any rules or regulations promulgated thereunder, and, if applicable, sections 6-l or 6-m of the Banking law.

23. No action was brought to recover any part of the mortgage debt or if any such action is pending final judgment for Plaintiff was not rendered and it is the intent of the Plaintiff to discontinue it.

WHEREFORE, PLAINTIFF DEMANDS:

a. Judgment determining the amount due Plaintiff for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the property and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest.

b. A referee be appointed to sell the property at auction to the highest bidder, in accordance with to RPAPL Article 13.
c. The interest of the defendant(s) and all persons claiming by or through them be foreclosed and their title, right, claim, lien, interest or equity of redemption to the property be forever extinguished.
d. The Plaintiff be paid out of the sale proceeds the amounts due for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the property, and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest, and that the sale proceeds be distributed in accordance with to RPAPL Article 13.
e. The property be sold in as is condition, subject to the facts an inspection or accurate survey of the property would disclose, covenants, restrictions, easements and public utility agreements of record, building and zoning ordinances and violations, and the equity of redemption of the United States of America.
f. Plaintiff may purchase the property at the sale.
g. A receiver be appointed for the property, if requested by Plaintiff
h. A deficiency judgment against all obligors on the note, for the amount that remains due after distribution of the sale proceeds, unless the debt was discharged in a bankruptcy, be granted if requested by Plaintiff.
i. If the Plaintiff possesses other liens against the property, they not merge with the mortgage being foreclosed and that Plaintiff, as a subordinate lien holder, be allowed to share in any surplus proceeds resulting from the sale.
j. The Court award Plaintiff additional relief that is just, equitable and proper.

Dated: Amherst, New York
October 3, 2014

By:
/s/ Keith R. Young, Esq.
Keith R. Young, Esq.
Gross Polowy, LLC
Attorneys for Plaintiff
25 Northpointe Parkway, Suite 25
Amherst, NY 14228
Tel.: 716-204-1700

**Schedule A - Legal Description**

Case 1:14-cv-03207-SLT-RLM   Document 20   Filed 10/03/14   Page 6 of 11 PageID #: 128



1525 Walnut Hill Lane - #300, Irving, TX 75038 PH: 800-678-8016

Client Reference No.: 140089586

## SCHEDULE A
### DESCRIPTION OF MORTGAGED PREMISES

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Queens, County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Easterly side of 99th Street (formerly Hawtree Avenue and Hawtree Street), distant 362.50 feet Northerly from the corner formed by the intersection of the Northerly side of Linden Boulevard (formerly Dumont Avenue) with the Easterly side of said 99th Street;

RUNNING THENCE Easterly at right angles to the Easterly side of 99th Street and part of the distance through a party wall, 62 feet;

THENCE Northerly parallel with the easterly side of 99th Street, 27.50 feet;

THENCE Westerly again at right angles to the Easterly side of 99th Street, 62 feet to the easterly side of 99th Street;

THENCE Southerly along the Easterly side of 99th Street, 27.50 feet to the point or place of BEGINNING.

# Schedule A

## Schedule B-Defendants

| | |
|---|---|
| MARCO RUIZ | Record owner and original mortgagor |
| MERCEDES RUIZ | Record owner and original mortgagor |
| MR. ARTINEZ | Tenant of the property. |
| MARIA COLON | Tenant of the property. |
| MONICA LOPEZ | Tenant of the property. |
| PNC BANK, NATONAL ASSOCIATION SUCCESSSOR BY MERGER TO NATIONAL CITY | Holder of a mortgage. |

## Schedule C - Defendants

| | |
|---|---|
| NEW YORK CITY ENVIRONMENTAL CONTROL BOARD | Holder of possible judgments against Marco Ruiz and/or Mercedes Ruiz. |
| NEW YORK CITY PARKING VIOLATIONS BUREAU | Holder of possible judgments against Marco Ruiz, and/or Mercedes Ruiz, see attached. |
| NEW YORK CITY TRANSIT ADJUDICATION BUREAU | Holder of possible judgments against Marco Ruiz and/or Mercedes Ruiz, judgments cannot be certified since docket books are missing. |

```
RUIZ LUIS              1300 CHISHOLM ST      BRONX            NY10459     2    250   155.82   DRF3626
RUIZ LUIS              5610 WOODSIDE AVE #   WOODSIDE         NY11377     1    140     5.11   EGR7491
RUIZ LUIS              1400 GRAND CONCOURSE  BRONX NY            10456    1    175      .00   7970111518
RUIZ LUIS A            600 CONCORD AVE # 5I  BRONX            NY10455     1    225   100.85   CWW9392
RUIZ LUIS A            469 57TH ST # 1       BROOKLYN         NY11220     1    140     2.95   DYB9083
RUIZ LUIS A            690 EVERGREEN AVE #   BROOKLYN         NY11207     1    125    18.51   EKC4937
RUIZ LUIS A            37 LAFORGE AVE        STATEN ISLAND    NY10302     1     76    15.33   EPR8436
RJUZ LUIS A            690 EVERGREEN AVE #   BROOKLYN         NY11207     2    200    44.86   FJX4308
RUIZ LUIS A            690 EVERGREEN AVE #   BROOKLYN         NY11207     1    105    16.25   FTB3013
RUIZ LUIS A            79 N OXFORD WLK # 13  BROOKLYN         NY11205     1    175    27.69   FXV8556
RUIZ LUIS A            37 LAFORGE AVE        STATEN ISLAND    NY10302     1     17     3.29   FZD7750
RUIZ LUIS D            1874 MADISON ST # 1R  RIDGEWOOD        NY11385     2    280      .14   GAR4048
RUIZ LUIS F            4242 JUDGE ST # 5F    ELMHURST         NY11373     2    280   183.63   AMJ1475
RUIZ LUIS F            360 E 195TH ST # 4D   BRONX            NY10458    10   1370    20.71   GGF1324
RUIZ LUIS G            4 SHERIDAN AVE        STATEN ISLAND    NY10304     2    150    15.42   BGDS39     FL
RUIZ LUIS G            220 BEACH 99TH ST #   ROCKAWAY PARK    NY11694     1    125    11.70   FLA9593
RUIZ LUIS M            115 PAYSON AVE BSMT   NEW YORK         NY10034     4    526   363.23   DJU2443
RUIZ LUIS M            2082 HUGHES AVE # 46  BRONX            NY10457     3    305    27.99   ERK3836
RUIZ LUIS S            3225 51ST ST          WOODSIDE         NY11377     2    180    74.99   DUW8334
RUIZ LUISA M           366 S 2ND ST          BROOKLYN         NY11211     6    593   135.89   AXT9411
RUIZ LUZ E             2065ST RAYMONDS AV1A  BRONX            NY10462     3    285    64.31   DLJ4263
RUIZ LUZ Y             10323 108TH ST        SOUTH RICHMOND   NY11419     4    470     8.02   DHH4179
RUIZ MADELINE          3 MCKIBBEN CT # 2     BROOKLYN         NY11206     2    205    39.07   FGD9891
RUIZ MANUEL            3506 HULL AVE # 5I    BRONX            NY10467     5    625   287.50   CWV1376
RUIZ MANUEL            174 KNICKERBOCKER AV  BROOKLYN         NY11237     3    285     3.51   FXG1718
RUIZ MANUEL H          8048 59TH ST # 2      GLENDALE         NY11385     1    125     1.38   GKF1327
RUIZ MARCO A           13409 HAWTREE ST # 1  OZONE PARK       NY11417     2    300     2.07   FWF5689
RUIZ MARGARITA         1407 W 8TH ST # 1C    BROOKLYN         NY11204     1    155      .35   DTN5021
RUIZ MARGARITA         206 NEWPORT ST # 1D   BROOKLYN         NY11212     2    225    83.14   575502
RUIZ MARI              340 CHERRY ST         NYC NY              10002    1    155      .00   7306331796
RUIZ MARI              340 CHERRY ST         NYC NY              10002    1    125      .00   7965438070
RUIZ MARI              340 CHERRY ST #1H     NYC NY              10002    1     75      .00   5066228627
RUIZ MARIA             215 BUSH ST # 4C      BRONX            NY10457     3    355    57.64   AGF2146
RUIZ MARIA A           769 MELROSE AVE # 6   BRONX            NY10451     1     95     7.74   FSY3218
RUIZ MARIA A           769 MELROSE AVE # 6   BRONX            NY10451     2    350    20.28   FZY9858
RUIZ MARIA I           374 PEARL ST # 2I     NEW YORK         NY10038     3    475   197.97   U951GM
RUIZ MARIA M           9113 82ND ST FL1      WOODHAVEN        NY11421     1     75    34.14   CJP1662
RUIZ MARIANNI E        13313 CROSSBAY 2      OZONE PARK       NY11417     2    250    16.80   FTE1353
RUIZ MARIBEL           433 E 114TH ST # 3W   NEW YORK         NY10029     7    808   490.64   CVT8838
RUIZ MARIBEL           430 OLMSTEAD AVE # 2  BRONX            NY10473     4    600   371.46   DCF4265
```

Select Items                                                                                    http://nycserv.nyc.gov/NYCServWeb/NYCSERVMain

Case 1:14-cv-03207-SLT-RLM   Document 20   Filed 10/03/14   Page 11 of 11 PageID #: 133

## Parking / Camera Violations | View Items

This list contains unpaid violations for license plates associated with you.
Click  below to display additional information on the violation. (A new window will open.)

Click below to display the image of the issued parking ticket.(If you want to view your Notice of Liability or need a copy, you need to **contact us**; NOL copies are not available online.) (A new window will open.)

Click below to display the image of the issued bus lane violation.(If you want to view your Notice of Liability or need a copy, you need to **contact us**; NOL copies are not available online.) (A new window will open.)

**Adobe Acrobat Reader** (required to view images)

**Outstanding Violations as of Thursday, May 1, 2014 02:48 PM**

|   | Plate | Violation | Issued On | Description | Details | Image | Amount Due |
|---|-------|-----------|-----------|-------------|---------|-------|-----------|
| 1 | FWF5689 | 7765797300 | 04/19/2014 | REG. STICKER-EXPIRED/MISSING | | | 65.00 |

Total Due
$65.00

Items and amounts might not reflect recent payments made or violations issued in the last 4 weeks. To find a specific violation, search using the ticket or Notice of Liability number.

To pay now, copy the Plate, State, Violation Number, and Amount Due for each ticket and locate your ticket at our Pay Parking Ticket site.

[CANCEL]   [NEW SEARCH]

Go to NYC.gov Home | Finance Home | Health | Consumer Affairs | Environmental Protection | Contact Us |
FAQs | Privacy Statement | Site Map | Search

Copyright ©2001 New York City D.O.F. All rights reserved. - Contact NYCServ (A new window will open.)

1 of 1                                                                                                                           5/1/2014 2:50 PM