UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

                                                                 Case No.
                                  Plaintiff,

    -against-

                                  Defendant.
------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My EDNY Bar Number is:_____ My State Bar Number is _____

I am,
  ☐ An attorney
  ☐ A Government Agency attorney
  ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM : FIRM NAME:_____
               FIRM ADDRESS:_____
               FIRM TELEPHONE NUMBER:_____
               FIRM FAX NUMBER:_____

NEW FIRM : FIRM NAME:_____
               FIRM ADDRESS:_____
               FIRM TELEPHONE NUMBER:_____
               FIRM FAX NUMBER:_____

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                      _____
                                                      ATTORNEY'S SIGNATURE