

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

April 28, 2016

Judge Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Re:           OneWest Bank, N.A. v. Marco Ruiz, et al.
Civil Action No.    14-cv-3207

Dear Judge Sandra L. Townes,

      Plaintiff commenced the above-referenced mortgage foreclosure action on October 17, 2014 and the Clerk entered a Certificate of Default on January 22, 2015. Plaintiff filed its Motion for Default Judgment on May 19, 2015, and the Motion is pending. Plaintiff is able to provide any additional documentation necessary to establish its *prima facie* entitlement to judgment as a matter of law, if necessary. Please let me know if further documentation is requested and we will promptly file it.

      If you have any questions, please feel free to contact me at 716-362-8046.

      Thank you for your time and consideration in this matter.


                            Respectfully Submitted,

                            /s/ Stephen J. Vargas, Esq.
                            Stephen Vargas, Esq.
                            **Gross Polowy, LLC**
                            *Attorneys for Plaintiff*
                            1775 Wehrle Drive, Suite 100
                            Williamsville, NY 14221
                            Tel: 716-362-8046
                            Fax: 716-204-1702