United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ONEWEST BANK, N.A.<br><br>   Plaintiff<br><br>   v.<br><br><br>MARCO RUIZ AND MERCEDES RUIZ,<br>ET AL<br><br>   Defendant(s) | )<br>) Civil Action No. 1:14-cv-03207<br>)<br>)<br>)<br>)<br>) **AFFIDAVIT OF SERVICE BY**<br>) **MAIL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  John E. Munnelly, being duly sworn, deposes and states as follows:

  That deponent is an employee of Gross Polowy, LLC Attorney of record for the Plaintiff in the above captioned action. That deponent is not a party to this action. Deponent is over the age of 18 years.

  That on August 9, 2017, deponent served a true copy of the Motion for Default Judgment and a Judgment of Foreclosure and Sale and supporting documentation on the Defendant(s) or the attorneys for the Defendants, whose names, representation and designated addresses appear below or as shown on the attached by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official postal depository at 900 Merchants Concourse, Westbury, NY 11590 under the care and custody of the United States Postal Service within the State of New York.

  The foregoing statements are true, under penalty of perjury.

                      _____
                       John E. Munnelly
                       Paralegal

Sworn to before me this 9th day of August, 2017.

_____
Christopher Virga
Notary Public

CHRISTOPHER VIRGA
Notary Public, State of New York
Qualified in Suffolk County
No. 02VI6234210
Commission Exp. 5-5-19

ONEWEST BANK, N.A.

vs.

MARCO RUIZ and MERCEDES RUIZ, et al.

Civil Action No.: 1:14-cv-03207

***************************************************************************

MARCO RUIZ
30 NEWBURGH ST
ELMONT, NY 11003

MERCEDES RUIZ
30 NEWBURGH ST
ELMONT, NY 11003

PNC BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO NATIONAL CITY BANK
222 DELAWARE AVENUE
WILMINGTON, DE 19801

NEW YORK CITY PARKING VIOLATIONS BUREAU
100 CHURCH STREET, 1ST FLOOR
NEW YORK, NY 10007

NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
100 CHURCH STREET, 1ST FLOOR
NEW YORK, NY 10007

NEW YORK CITY TRANSIT ADJUDICATION BUREAU
130 LIVINGSTON STREET
BROOKLYN, NY 11201

MARIA COLON
134-09 HAWTREE STREET, 2ND FLOOR
OZONE PARK, NY 11417

MONICA LOPEZ
134-09 HAWTREE STREET, 2ND FLOOR
OZONE PARK, NY 11417